JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| DENNIS ANTHONY CRUMP, | ) | No. CV 21-1431-JFW (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| K. CLARK, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation and Denying Request to Amend Petition, IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: September 28, 2021

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE